UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| MONICA CONRAD and<br>TIM CONRAD, | ) <br> ) <br> ) | CIV. 11-5082-JLV |
| Plaintiffs, | ) <br> ) | JUDGMENT OF DISMISSAL |
| vs. | ) <br> ) | |
| FOREMOST INS. CO., | ) <br> ) | |
| Defendant. | ) | |

Pursuant to the parties' stipulation of dismissal (Docket 28), it is hereby

ORDERED, ADJUDGED, AND DECREED that this action is dismissed on its merits with prejudice and without costs to any party.

Dated November 5, 2012.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
UNITED STATES DISTRICT JUDGE